**In the Matter Of:**

JONATHAN TORRES, et al. vs WENDY'S INTERNATIONAL, LLC

**VIDEOTAPED DEPOSITION OF**

**DOMINIC V. DECARLO**

*March 07, 2017*



37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17    Q.   So for what period of time was the variant A
18 malware used to extract payment card data in the 221
19 franchise stores?
20    A.   So to the best of my knowledge, it would have
21 been from 10/25 to 2/14.
22    Q.   And how many separate payment cards were
23 extracted or taken as a result of variant A malware?
24         MR. HOUSER:  Objection to form.
25         THE WITNESS:  I'll answer that.  Per the



```
 1        Q.   Okay.  So the variant B's malware goes into
 2   the system at one store, right, initially?
 3        A.   I -- I do not know.  I know the earliest
 4   infection dates.
 5        Q.   Okay.  Which was what for variant B?
 6        A.   I believe 11/27 and -- 11/27 and 11/28 is
 7   when we saw the earliest activity of 2015.
 8        Q.   Okay.  So when you say "we saw," what do you
 9   mean?  Wendy's?
10        A.   Yes, Wendy's.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



DISCOVERY LITIGATION SERVICES
Court Reporting • Videography • Trial Presentations
Nationwide Coverage

37 North Orange Avenue
Suite 500
Orlando, Florida 32801
321.710.2150
www.DiscoveryLit.com

Case 6:16-cv-00210-PGB-DCI   Document 121-2   Filed 12/15/17   Page 4 of 4 PageID 1294

JONATHAN TORRES, et al. vs WENDY'S INTERNATIONAL, LLC
DOMINIC V. DECARLO on 03/07/2017
VIDEOTAPED DEPOSITION OF
Page 100

1    Q.    Yes.
2          MR. HOUSER:  Objection to form.
3          THE WITNESS:  Yeah, I -- I can -- so -- yeah,
4    I -- I would -- I wouldn't know how to answer that
5    question.  I can tell you that the first date of
6    infection was 11/27 and the last date was 6/8 to 6/9.
7    BY MR. YANCHUNIS:
8    Q.    6/8?
9    A.    To 6/9.
10   Q.    To 6/9.
11   A.    We -- we remediated all of the software by
12   6/8 to 6/9.
13
14
15
16
17
18
19
20
21
22
23
24
25

