# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

| | |
|---|---|
| JONATHAN TORRES, CHRISTINE JACKSON, DONALD JACKSON, ASHLEY MCCONNELL, ROXANNE GANT, and GERALD THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY'S INTERNATIONAL, LLC,<br><br>Defendant. | CASE NO.   6:16-cv-210-PGB-DAB |

## JOINT MOTION TO STAY LITIGATION

Plaintiffs and Defendant Wendy's International, LLC ("Wendy's") (Plaintiffs and Wendy's shall be referred to collectively as the "Parties") respectfully move to stay this litigation for thirty (30) days.  In support of this motion, the Parties state as follows:

On March 22, 2018, the Parties held a mediation in this matter with mediator David Lichter.  Not reaching an agreement that day, the Parties have continued earnest settlement discussions over the last six (6) weeks.  Wendy's denies liability and Plaintiffs' allegations, but in the interest of avoiding the time, expense, and distraction of continued litigation, the Parties have reached an agreement in principle to settle this case on a class wide basis and to dispose of this action in its entirety. The Parties seek a stay of litigation to allow time to finalize all terms of the settlement and execute a settlement agreement, which will then be submitted to the Court for approval.  Pursuant to Local Rule 3.08, the Parties will file a notice of settlement once the settlement has been finalized.

Respectfully submitted this 15th day of May, 2018.

| *On behalf of Plaintiffs and the Putative Class* | *On behalf of Defendant* |
|---|---|
| By: s/ Jean Sutton Martin | By: s/ Donald M. Houser |
| JOHN A. YANCHUNIS<br>Florida Bar No. 324681<br>**MORGAN & MORGAN**<br>COMPLEX LITIGATION GROUP<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br>Email: jyanchunis@ForThePeople.com<br><br>JEAN SUTTON MARTIN<br>*Admitted Pro Hac Vice*<br>**LAW OFFICE OF JEAN SUTTON MARTIN PLLC**<br>2018 Eastwood Road Suite 225<br>Wilmington, NC 28403<br>Telephone: (910) 292-6676<br>Facsimile: (888) 316-3489<br>Email: jean@jsmlawoffice.com | KRISTINE MCALISTER BROWN<br>Florida Bar Number 433640<br>DONALD M. HOUSER<br>*Admitted Pro Hac Vice*<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309-3424<br>Telephone:  404-881-7000<br>Facsimile: 404-881-7777<br>kristy.brown@alston.com<br>donald.houser@alston.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Jean Sutton Martin