UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE JACKSON, DONALD
JACKSON, ASHLEY MCCONNELL and
GERALD THOMAS,

        Plaintiffs,

v.                                      Case No:  6:16-cv-210-Orl-40DCI

WENDY'S INTERNATIONAL, LLC,

        Defendant.
_____/

## ORDER

On May 15, 2018, the parties informed the Court that they have settled the above-styled action. (Doc. 135). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** that this case is **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk of Court is **DIRECTED** to terminate all pending motions (Docs. 114, 121) and to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on May 25, 2018.

Copies furnished to:

Counsel of Record
Unrepresented Parties