1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

9

CHRISTINE JACKSON, ASHLEY
MCCONNELL, and GERALD THOMAS,

10

            Plaintiffs,

11

12      vs.

13   WENDY'S INTERNATIONAL, LLC,

14    Defendant.

15

16

Case No.  6:16-cv-210-PGB-DCI

 CLASS ACTION

**DECLARATION OF DEBORAH
MCCOMB RE: NOTICE PROCEDURES**

17
18
19
20
21
22
23
24
25
26
27
28

1

I, Deborah McComb, declare and state as follows:

1.     I am a Senior Project Manager with KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Boulevard, San Rafael, CA.  Pursuant to the Court's August 23, 2019 Order (ECF 146), the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1]  I am over eighteen (18) years of age and have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2.     In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, KCC, on behalf Defendant Wendy's International, LLC, gave notice of the proposed settlement in the above-captioned case.

3.     Specifically, KCC compiled a CD-ROM containing the following documents:

- Settlement Agreement and Release,
- Class Action Complaint,
- Amended Class Action Complaint,
- Second Amended Class Action Complaint,
- Defendant Wendy's International, LLC's Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint,
- Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class,
- Declaration of Christine Jackson,
- Declaration of Ashley McConnell,
- Declaration of Gerald Thomas,
- Declaration of John A. Yanchunis in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement,

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement and Release, (the "Stipulation") and/or the Preliminary Approval Order.

- [Proposed] Order Certifying a Settlement Class, Preliminarily Approving Class Action Settlement, and Directing Notice to the Settlement Class,

- Claim Form,

- Publication Notice,

- Long Form Notice,

- Order granting dismissal of Jonathan Torres,

- Order granting dismissal of Roxanne Gant,

- Order granting dismissal of Donald Jackson,

- [Proposed] Final Approval Order and Judgment,

- Order issued July 15, 2016, granting Defendant's Motion to Dismiss the original Class Action Complaint, and

- The Order issued March 21, 2017, granting in part and denying in part Defendant's subsequent Motion to Dismiss the Amended Class Action Complaint.

4.      The CD-ROM was accompanied by a cover letter, a copy of which is attached hereto as Exhibit A.  The CD-ROM and cover letter are referred to collectively as the "CAFA Notice Packet."

5.      On July 30, 2018, KCC, on behalf of Wendy's International, LLC, caused fifty-nine (59) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the United States Attorney General, Appropriate State Officials, and certain parties in interest to this Action listed in Exhibit B.

## THE NOTICE PLAN

6.      KCC caused the Publication Notice to appear as an approximate one-third-page advertisement unit once in the print and online digital replicas of *Country Living*, *ESPN The Magazine*, and *People*. The Notice appeared on page 115 in the December 2018 issue of *Country Living* which went on-sale and became available to readers on November 13, 2018.  The Notice appeared on page 46 in the October 29, 2018 issue of *ESPN The Magazine* which went on-sale and

3

became available to readers on October 19, 2018. The Notice appeared in the October 22, 2018 issue of *People* which went on-sale and became available to readers on October 12, 2018. Attached as Exhibit C is a copy of the Publication Notice as it appeared in each publication.

7.      In addition, KCC implemented a paid nationwide online advertising campaign consisting of internet banners on the Google Display Network and Yahoo! audience network, as well as the social media site Facebook. KCC purchased 170 million impressions, which were targeted to reach adults 25 years of age or older on both desktop and mobile devices, including tablets and smartphones. The online advertisements included an embedded link to the case website. A total of 184,072,509 impressions were delivered from September 22, 2018 through November 21, 2018 – ***more than 14 million more impressions*** that proposed in connection with Notice Plan submitted to the Court.  *See* ECF 138-1, at ¶ 14 (estimating that approximately 169.5 million impressions would be generated pursuant to the Notice Plan).  Attached as Exhibit D re copies of the digital advertisements as they appeared on the ad networks and Facebook.

8.      According to KCC's media team and consistent with the Notice Plan submitted and approved by the Court, the Notice Plan reached approximately 70% of likely Class members on average 1.9 times each.

## SETTLEMENT WEBSITE

9.      On or about September 21, 2018, KCC established a settlement website www.wendysdatabreachsettlement.com dedicated to the Settlement to provide settlement information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Long Form Notice, Publication Notice, and Claim Form.  Visitors of the website can download copies of the Long Form Notice, Claim Form, and other case-related documents. Visitors can also submit claims online and upload supporting documentation.  Since September 24, 2018, Wendy's has also provided hyperlinked access to the Settlement Website from its Payment Card Incident website.

### TELEPHONE HOTLINE

10.     KCC established and continues to maintain a toll-free telephone number (844-295-9845) for potential Class Members to call and obtain information about the Settlement and request a Notice Packet containing the Long Form Notice and Claim Form.  The telephone hotline became operational on September 19, 2018, and is accessible 24 hours a day, 7 days a week.  As of February 11, 2019, KCC has received a total of 307 calls to the telephone hotline.

### CLAIM FORMS

11.     The postmark and electronic submission deadline for Class Members to file claims in this matter is March 21, 2019.   To date, KCC has received 6,258 timely-filed claim forms.

### REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

12.     The Notice informs Class Members that requests for exclusion from the Class must be postmarked no later than December 21, 2018.  As of the date of this declaration, KCC has not received any requests for exclusion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2019 in San Rafael, California.

Deborah McComb

DECLARATION OF DEBORAH MCCOMB RE: NOTICE PROCEDURES

# EXHIBIT A

# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
404-881-7000 | Fax: 404-881-7777

Donald Houser                          Direct Dial:  404-881-4749                     Email:  donald.houser@alston.com

July 30, 2018

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

   Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

ALSTON & BIRD LLP represents Wendy's International, LLC ("Wendy's") in a putative class action lawsuit entitled *Christine Jackson, Ashley McConnell, and Gerald Thomas, individually and on behalf of all others similarly situated, v. Wendy's International, LLC*, Case No. 6:16-cv-00210-PGB-DCI.  The lawsuit is pending before the Honorable Paul G. Byron in the United States District Court for the Middle District of Florida, Orlando Division.   This letter is to advise you that Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class in connection with this class action lawsuit on July 24, 2018.

| | |
|---|---|
| **Case Name:** | *Jackson, et al., v. Wendy's International, LLC*[1] |
| **Case Number:** | 6:16-cv-00210-PGB-DCI |
| **Jurisdiction:** | United States District Court,<br>Middle District of Florida, Orlando Division |
| **Date Settlement Filed with Court:** | July 24, 2018 |

---

[1] This case is styled *Jonathan Torres, et al. v. Wendy's International, LLC*, 6:16-cv-00210-PGB-DCI (M.D. Fla.) on the Court's CM/ECF system.

Alston & Bird LLP                      www.alston.com

Atlanta  |  Beijing  |  Brussels  |  Charlotte  |  Dallas  |  Los Angeles  |  New York  |  Raleigh  |  San Francisco  |  Silicon Valley  |  Washington, D.C.

«First» «Last»
July 30, 2018
Page 2

Wendy's denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.   In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the *Class Action Complaint, Amended Class Action Complaint, Second Amended Class Action Complaint,* and *Defendant Wendy's International, LLC's Answer and Affirmative Defenses to Plaintiffs' Second Amended Class Action Complaint* are included on the enclosed CD.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  As of July 30, 2018, the Court has not scheduled a final approval hearing in this matter.  A hearing on the Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class has been set for August 15, 2018, at 3:00 p.m. in Courtroom 4B before Judge Paul G. Byron, U.S. District Court, 401 West Central Blvd., Orlando, Florida.  Copies of *Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, Declaration of Christine Jackson, Declaration of Ashley McConnell, Declaration of Gerald Thomas, Declaration of John A. Yanchunis in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement,* and *[Proposed] Order Certifying a Settlement Class, Preliminarily Approving Class Action Settlement, and Directing Notice to the Settlement Class* are included on the enclosed CD.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the proposed *Claim Form, Publication Notice,* and *Long Form Notice* to be provided to the class are included on the enclosed CD.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the *Settlement Agreement and Release* is included on the enclosed CD.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  Class Counsel and Defendant entered into an agreement pursuant to which Defendant shall be entitled to terminate and/or cancel the Settlement Agreement and Release in the event a certain number of Settlement Class Members elect to opt out of the Settlement Agreement and Release.  The terms of that agreement are confidential and will be submitted to the Court for *in camera* review if requested by the Court.  As of July 30, 2018, there is no other settlement or agreement between Class Counsel and Defendant.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment**:  No final judgment has been reached as of July 30, 2018.  Copies of the *Order* granting dismissal of Plaintiff Jonathan Torres, *Order* granting dismissal of Plaintiff Roxanne Gant, and *Order* granting dismissal of Plaintiff Donald Jackson are included on the enclosed CD.  A copy of the *[Proposed] Final Approval Order and Judgment* is also included on the enclosed CD.

«First» «Last»
July 30, 2018
Page 3

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  Wendy's systems were not breached.  Rather, the data breach at issue involved third-party criminal cyberattacks on the point of sale systems of certain of Wendy's independently owned and operated franchisee restaurants. As a result, Wendy's is not the merchant of record and, pursuant to 28 U.S.C. § 1715(b)(7)(A), does not have a list of names of Settlement Class Members who reside in each State or an estimate of the proportionate share of the claims of such members to the entire Settlement Agreement and Release.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), without knowing specifics of the prospective class, it is impossible to provide an estimate of the number of Settlement Class Members residing in each State or the estimated proportionate share of the claims of such members to the entire Settlement Agreement and Release.

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement Agreement and Release is still pending final approval by the Court, there are no other opinions available at this time.  Copies of the *Order* issued July 15, 2016, granting Defendant's Motion to Dismiss the original *Class Action Complaint*, and the *Order* issued March 21, 2017, granting in part and denying in part Defendant's subsequent Motion to Dismiss the Amended Class Action Complaint are included on the enclosed CD.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately at either (404) 881-4749 or donald.houser@alston.com immediately so that Wendy's can address any concerns or questions you may have.

Thank you.

Sincerely,

ALSTON & BIRD LLP


Donald Houser

Enclosure: CD

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Sessions | Jefferson | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Lindemuth | Jahna | Office of the Alaska Attorney General | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Washington Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Denn | Matthew | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Suzuki | Russell | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Hill, Jr. | Curtis T. | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Beshear | Andy | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Landry | Jeff | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | Suite 102, State Capitol 75 Dr. | Martin. Luther King, Jr. Blvd. | St. Paul | MN | 55155 |
| Hawley | Joshua D. | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| MacDonald | Gordon | New Hampshire Attorney General | 33 Capitol Street | | Concord | NH | 03301-6397 |
| Grewal | Gurbir S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Hunter | Mike | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Shapiro | Josh | Pennsylvania Office of the Attorney General | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Donovan | TJ | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol | RM 114 East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Office of the Attorney General, ITC Building | 590 S. Marine Corps Drive | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Vazquez Garced | Wanda | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902-0192 |
| Walker | Claude E. | Virgin Islands Attorney General, Department of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Houser | Donald | Alston & Bird LLP | 1201 West Peachtree Street | Suite 4900 | Atlanta | GA | 30309-3424 |
| Komarek | Laura A. | Alston & Bird LLP | 1201 West Peachtree Street | Suite 4900 | Atlanta | GA | 30309-3424 |

# EXHIBIT C

STATEMENT OF OWNERSHIP, MANAGEMENT AND CIRCULATION
1. Publication Title: Country Living
2. Publication Number: 0559-1500
3. Filing Date: October 1, 2018
4. Issue Frequency: Monthly, except combined Jan/Feb and Jul/Aug
5. Number of Issues Published Annually: 10
6. Annual Subscription Price: $24.00
7. Complete Mailing Address of Known Office of Publication:
   300 West 57th St., New York, NY 10019;
   Contact Person: Kolin Rankin, Telephone (212) 649-2816
8. Complete Mailing Address of Headquarters or General Business Office of Publisher: 300 West 57th St., New York, NY 10019
9. Full Names and Complete Mailing Addresses of Publisher, Editor, and Managing Editor
   Publisher: Patricia Haegele, 300 West 57th St., New York, NY 10019
   Editor: Rachel Hardage Barrett, 2901 2nd Ave. S, Suite 270, Birmingham, AL 35233
   Managing Editor: Amy Mitchell, 2901 2nd Ave. S., Suite 270, Birmingham, AL 35233
10. Owner: Hearst Communications, Inc. Mailing address: 300 West 57th St., New York, NY 10019;
   Stockholders of Hearst Communications, Inc. are:
   Hearst Holdings, Inc. 300 West 57th St., New York, NY 10019 and CDS Global, Inc., 1901 Bell Ave., Des Moines, IA 50315
11. Known Bondholders, Mortgagees, and Other Security Holders Owning or Holding 1 Percent or More of Total Amount of Bonds, Mortgages, or Other Securities: None
12. Tax Status: n/a
13. Publication Title: Country Living
14. Issue Date for Circulation Data Below: September 2018
15. Extent and Nature of Circulation: Average No. Copies Each Issue During Preceding 12 Months:
   a. Total Number of Copies (Net press run): 1,481,505
   b. (1) Mailed Outside-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies): 886,132
      (2) Mailed In-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies): 0
      (3) Paid Distribution Outside the Mails Including Sales Through Dealers and Carriers, Street Vendors, Counter Sales, and Other Paid Distribution Outside USPS®: 45,900
      (4) Paid Distribution by Other Classes of Mail Through the USPS (e.g., First-Class Mail®): 0
   c. Total Paid Distribution (Sum of 15b (1), (2), (3), and (4)): 932,032
   d. (1) Free or Nominal Rate Outside-County Copies included on PS Form 3541: 398,117
      (2) Free or Nominal Rate In-County Copies included on PS Form 3541: 0
      (3) Free or Nominal Rate Copies Mailed at Other Classes Through the USPS (e.g., First-Class Mail): 0
      (4) Free or Nominal Rate Distribution Outside the Mail (Carriers or other means): 15,426
   e. Total Free or Nominal Rate Distribution (Sum of 15d (1), (2), (3), and (4)): 413,544
   f. Total Distribution (Sum of 15c and 15e): 1,345,576
   g. Copies not Distributed: 135,929
   h. Total (Sum of 15f and g): 1,481,505
   i. Percent Paid (15c divided by 15f times 100): 69.27%
16. If total circulation includes electronic copies, report that circulation on lines below. Average no. copies each issue during preceding 12 months:
   a. Paid Electronic Copies: 36,978
   b. Total Paid Print Copies (Line 15C) + Paid Electronic Copies: 969,070
   c. Total Print Distribution (Line 15F) + Paid Electronic Copies: 1,382,554
   d. Percent Paid (Both Print and Electronic Copies): 70.09%

   No. Copies of Single Issue Published Nearest to Filing Date
   a. Total Number of Copies (net press run): 1,386,843
   b. (1) Mailed Outside-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies): 852,864
      (2) Mailed In-County Paid Subscriptions Stated on PS Form 3541 (Include paid distribution above nominal rate, advertiser's proof copies, and exchange copies): 0
      (3) Paid Distribution Outside the Mails Including Sales Through Dealers and Carriers, Street Vendors, Counter Sales, and Other Paid Distribution Outside USPS®: 33,000
      (4) Paid Distribution by Other Classes of Mail Through the USPS (e.g., First-Class Mail®): 0
   c. Total Paid Distribution (Sum of 15b (1), (2), (3), and (4)): 885,864
   d. (1) Free or Nominal Rate Outside-County Copies included on PS Form 3541: 383,101
      (2) Free or Nominal Rate In-County Copies included on PS Form 3541: 0
      (3) Free or Nominal Rate Copies Mailed at Other Classes Through the USPS (e.g., First-Class Mail): 0
      (4) Free or Nominal Rate Distribution Outside the Mail (Carriers or other means): 2,000
   e. Total Free or Nominal Rate Distribution (Sum of 15d (1), (2), (3), and (4)): 385,321
   f. Total Distribution (Sum of 15c and 15e): 1,271,185
   g. Copies not Distributed: 115,658
   h. Total (Sum of 15f and g): 1,386,843
   i. Percent Paid (15c divided by 15f times 100): 69.69%
16. If total circulation includes electronic copies, report that circulation on lines below. Average no. copies each issue during preceding 12 months:
   a. Paid Electronic Copies: 34,900
   b. Total Paid Print Copies (Line 15C) + Paid Electronic Copies: 920,764
   c. Total Print Distribution (Line 15F) + Paid Electronic Copies: 1,306,085
   d. Percent Paid (Both Print and Electronic Copies): 70.50%
17. Publication of Statement of Ownership. If the publication is a general publication, publication of this statement is required. Will be printed in the December 2018 issue of this publication.
18. Signature and Title of Editor, Publisher, Business Manager, or Owner: Patricia Haegele, Publisher

I certify that all information furnished on this form is true and complete. I understand that anyone who furnishes false or misleading information on this form or who omits material or information requested on the form may be subject to criminal sanctions (including fines and imprisonment) and/or civil sanctions (including civil penalties).



Tiny homes . . . **Big** style!

Do you hear "the call of the small?" Then *Country Living* will help you make the most out of every square inch! Take a coast-to-coast tour of 25 stunning tiny homes that maximize function and beauty. You'll shop plenty of beautiful, practical ideas for your own charming abode.

*Available wherever books are sold.*

HEARST BOOKS



*Your Home Deserves*
**MORE THAN ORDINARY DOORS**

SHOP NOW

VintageDoors.com
1-800-787-2001



Campus Quilt
We make your t-shirts into a quilt!
-100% Quilted
-Outstanding Quality
-Made from your t-shirts
-Great Prices!
Call today for $10 off!
800-880-8534
www.campusquilt.com/order

**LEGAL NOTICE**

**If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.**

A Settlement has been reached with Wendy's International, LLC ("Wendy's") in a class action lawsuit about a data breach that occurred at certain of Wendy's independently owned and operated franchisee restaurants between October 25, 2015 and June 28, 2016 ("Data Breach"). The Settlement will pay people whose "Personal Information" was compromised as a result of the Data Breach and who incurred reimbursable losses as described in the Claim Form. Personal Information means information that is or could be used, whether on its own or in combination with other information, to identify, locate, or contact a person, and it also includes names, addresses, payment card numbers, expiration dates, security and service codes, and any other payment card-related information.

The United States District Court for the Middle District of Florida authorized this notice in the case, known as *Torres v. Wendy's International, LLC*, Case No. 6:16-cv-00210-PGB-DCI (M.D.Fla.).

Go to www.wendysdatabreachsettlement.com for additional Settlement information, including a list of affected Wendy's restaurants and the exposure dates for each impacted location.

**WHAT IS THIS ABOUT?**

The lawsuit claims that Wendy's was responsible for the Data Breach. Wendy's denies all of the claims and says it did not do anything wrong. The Court did not decide in favor of either side. Instead, both sides agreed to a settlement. This Settlement is not an admission of wrong-doing or an indication that any law was violated.

**WHO IS INCLUDED?**

You are included in the Settlement if you reside in the United States and your Personal Information was compromised as a result of the Data Breach ("Settlement Class Members").

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement provides two types of payments to people who submit valid claims. You may submit a claim for either or both types of payments.
(1) Reimbursement of up to $5,000 for certain documented unreimbursed out-of-pocket expenses and lost time that resulted from the Data Breach.
(2) Reimbursement for non-documented time spent dealing with the repercussions of the Data Breach for up to 2 hours at $15/hour ($30 total).

Wendy's will pay up to $3.4 million to settle the lawsuit. Court-awarded attorneys' fees, costs and expenses, and service awards to the Representative Plaintiffs will be deducted from the $3.4 million prior to making payments to Settlement Class Members who submit valid Claim Forms.

**HOW DO YOU GET A PAYMENT?**

To get a payment you must submit a Claim Form by **March 11, 2019**. Claim Forms are available at www.wendysdatabreachsettlement.com or by calling 1-844-295-9845.

**WHAT ARE YOUR OPTIONS?**

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by **December 21, 2018**, or you will not be able to sue, or continue to sue, Wendy's about the legal claims this Settlement resolves. If you exclude yourself, you cannot get money from the Settlement.

If you stay in the Settlement Class, you can tell the Court that you do not agree with the Settlement or some part of it by objecting to it by **December 21, 2018**.

The Long Notice available at www.wendysdatabreachsettlement.com explains how to exclude yourself or object and describes the released claims in detail.

**WHO REPRESENTS YOU?**

The Court appointed John A. Yanchunis of Morgan & Morgan Complex Litigation Group as Lead Counsel and Patrick A. Barthle of Morgan & Morgan Complex Litigation Group, Jean Sutton Martin of Law Office of Jean Sutton Martin PLLC, Ariana Tadler and Melissa Clark of Milberg Tadler Phillips Grossman LLP, John Emerson of Emerson Scott LLP, and Jeremy Glapion of Glapion Law Firm as Class Counsel to represent the Settlement Class. Class Counsel will ask the Court for an award for attorneys' fees of $1,020,000, plus reasonable costs and expenses, and service awards up to $5,000 each for the Representative Plaintiffs Christine Jackson, Ashley McConnell, and Gerald Thomas. If you want to be represented by your own lawyer, you may hire one at your own expense.

**WHEN WILL THE SETTLEMENT BE APPROVED?**

The Court will hold a hearing on **February 25, 2019, at 10:30 a.m.** to consider whether to approve the Settlement, and Class Counsel's request for attorneys' fees, costs and expenses, and service awards. You or your own lawyer may ask to appear and speak at the hearing at your own cost, but you do not have to.

**WANT MORE INFORMATION?**

Visit www.wendysdatabreachsettlement.com or call 1-844-295-9845.

1-844-295-9845
www.wendysdatabreachsettlement.com

## LEGAL NOTICE

**If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.**

A Settlement has been reached with Wendy's International, LLC ("Wendy's") in a class action lawsuit about a data breach that occurred at certain of Wendy's independently owned and operated franchisee restaurants between October 25, 2015 and June 28, 2016 ("Data Breach"). The Settlement will pay people whose "Personal Information" was compromised as a result of the Data Breach and who incurred reimbursable losses as described in the Claim Form. Personal Information means information that is or could be used, whether on its own or in combination with other information, to identify, locate, or contact a person, and it also includes names, addresses, payment card numbers, expiration dates, security and service codes, and any other payment card-related information.

The United States District Court for the Middle District of Florida authorized this notice in the case, known as *Torres v. Wendy's International, LLC*, Case No. 6:16-cv-00210-PGB-DCI (M.D.Fla.).

Go to www.wendysdatabreachsettlement.com for additional Settlement information, including a list of affected Wendy's restaurants and the exposure dates for each impacted location.

**WHAT IS THIS ABOUT?**

The lawsuit claims that Wendy's was responsible for the Data Breach. Wendy's denies all of the claims and says it did not do anything wrong. The Court did not decide in favor of either side. Instead, both sides agreed to a settlement. This Settlement is not an admission of wrong-doing or an indication that any law was violated.

**WHO IS INCLUDED?**

You are included in the Settlement if you reside in the United States and your Personal Information was compromised as a result of the Data Breach ("Settlement Class Members").

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement provides two types of payments to people who submit valid claims. You may submit a claim for either or both types of payments.

(1) Reimbursement of up to $5,000 for certain documented unreimbursed out-of-pocket expenses that resulted from the Data Breach.

(2) Reimbursement for non-documented time spent dealing with the repercussions of the Data Breach for up to 2 hours at $15/hour ($30 total).

Wendy's will pay up to $3.4 million to settle the lawsuit. Court-awarded attorneys' fees, costs and expenses, and service awards to the Representative Plaintiffs will be deducted from the $3.4 million prior to making payments to Settlement Class Members who submit valid Claim Forms.

**HOW DO YOU GET A PAYMENT?**

To get a payment, you must submit a Claim Form by **March 21, 2019**. Claim Forms are available at www.wendysdatabreachsettlement.com or by calling 1-844-295-9845.

**WHAT ARE YOUR OPTIONS?**

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by **December 21, 2018**, or you will not be able to sue, or continue to sue, Wendy's about the legal claims this Settlement resolves. If you exclude yourself, you cannot get money from the Settlement.

If you stay in the Settlement Class, you can tell the Court that you do not agree with the Settlement or some part of it by objecting to it by December 21, 2018.

The Long Notice available at www.wendysdatabreachsettlement.com explains how to exclude yourself or object and describes the released claims in detail.

**WHO REPRESENTS YOU?**

The Court appointed John A. Yanchunis of Morgan & Morgan Complex Litigation Group as Lead Counsel and Patrick A. Barthle of Morgan & Morgan Complex Litigation Group, Jean Sutton Martin of Law Office of Jean Sutton Martin PLLC, Ariana Tadler and Melissa Clark of Milberg Tadler Phillips Grossman LLP, John Emerson of Emerson Scott LLP, and Jeremy Glapion of Glapion Law Firm as Class Counsel to represent the Settlement Class. Class Counsel will ask the Court for an award for attorneys' fees of $1,020,000, plus reasonable costs and expenses, and service awards up to $5,000 each for the Representative Plaintiffs Christine Jackson, Ashley McConnell, and Gerald Thomas. If you want to be represented by your own lawyer, you may hire one at your own expense.

**WHEN WILL THE SETTLEMENT BE APPROVED?**

The Court will hold a hearing on **February 25, 2019**, at **10:30 a.m.** to consider whether to approve the Settlement, and Class Counsel's request for attorneys' fees, costs and expenses, and service awards. You or your own lawyer may ask to appear and speak at the hearing at your cost, but you do not have to.

**WANT MORE INFORMATION?**

Visit www.wendysdatabreachsettlement.com or call 1-844-295-9845.

**1-844-295-9845**
**www.wendysdatabreachsettlement.com**

## People picks



### Q&A

# Sarayu Blue Feels Good About TV Stardom

The comedy veteran, 43, stars in NBC's new sitcom *I Feel Bad*.

**What was it like growing up Indian American in Wisconsin?**
It was great! Madison's cold as all get-out, but we had a small Indian community, and there was a larger community of Indians in Chicago and Milwaukee.



Blue plays "Mom stress" for laughs.

**Did you always want to act?**
I really decided at like 15, which is ridiculous. I just kept going and held on tight.

**After 10 years in the business, you've arrived!**
"Liberating" isn't a big enough word. It's exhilarating.

**Your show explores how women feel bad about not being perfect. Does that apply to you?**
I don't beat myself up as much as I used to. It's taken a lot of work, but it feels much better.
**—DANA ROSE FALCONE**



Keller with Aaron Eckhart as her nephew.

### AMAZON | The Romanoffs
From Russia with love

**COMEDY-DRAMA** *Mad Men* creator Matthew Weiner's superbly odd anthology series arrives with a cast large enough to populate a Tolstoy novel. Each episode has something to do with a descendant, however far removed, of Russia's doomed royal family—a rich old Parisienne (Marthe Keller), a bored American husband (Corey Stoll). It's not clear how all this connects to the sumptuous morbidness of Nicholas II and his circle—why not *The Hapsburgs*? *The Rasputins*? But the first episodes are sadly comic with genuine pangs of heartache. *(Launches Oct. 12)*

## Watch for these stars!



**CHRISTINA HENDRICKS**
The *Mad Men* vet plays an actress.



**JOHN SLATTERY**
He'll turn up more than once.



**NOAH WYLE**
He plays a (kinda) Prince Charming.



**DIANE LANE**
She appears in the fifth installment.

KATHY HUTCHINS/DJUNA, JAMIE MCCARTHY/GETTY IMAGES, VIVIAN ZINK/NBC; MAARTEN DE BOER/MERED; RON BATZDORFF/NBC; GETTY IMAGES

## NBA PREVIEW
### 30 DRAMAS TO WATCH

If you're still wading through the 2017-18 season on your DVR, spoiler alert: The Thunder will not win the championship. After going 22-9 in December and January, during Westbrook's renaissance and George's transition, they fade the rest of the season. A three-way tiebreaker hands them the fourth seed and home court in the first round, but OKC falls to the Jazz in six games, eliminated in a game in which Westbrook attempts 43 shots to score 46 points and George finishes with five points on 2-of-16 shooting.

The game before, Westbrook and George had sparked a miraculous rally, bringing the Thunder back from 25 down. They scored 37 straight points together and 60 of the Thunder's final 67. With Anthony benched for the comeback, it was a snapshot of what the chemistry could create, the perfect balance of control and chaos. In the rare time that it was a good thing, it felt as if Westbrook and George were the only two players the Thunder needed.

But then they are out, another first-round exit, and in his desperation to win, Westbrook provides rival executives the alternative pitch: *Why would anyone want to play with that guy?*

Sure, plenty of Westbrook's teammates, current and former, swear by his competitiveness and passion. "I think guys like playing in that environment," one NBA agent says. "I have not had anyone that's complained about [Westbrook]. He's a good guy and a good teammate."

"Russ raises the bar," another player says, "but it's not for everyone."

Westbrook is plenty familiar with the narrative. And he is determined that it be different with George.

From the beginning, George represented a second chance for the Thunder and their star-crossed MVP—a chance to put to rest the conversation started in the wake of the summer of 2016, the time of Kevin Durant's defection. The consequences of George leaving would be colossal for the franchise—a complete teardown would likely follow. But for Westbrook, who put himself out there for George, his reputation is hanging in the balance: George couldn't be *another* star player in his prime leaving because he can't play with Westbrook—with that 43-attempt performance ushering him out of town.

It is something George considers, of course. But he also sees the good that comes from Westbrook's abrasive behavior.

"You've got guys in the league that have that—I would say 'a--hole' in them that people think Russ has," George says. "And that's fine. That's fine to be an a--hole. You *should* be an a--hole at some point. The difference is, you've got guys that are a--holes that don't care to be your teammate. Russ is going to be there, regardless if he's getting on you, if he's chewing you out. If it's



**SCHEDULE ALERT!**
Attention, gamblers!
OKC visits the
Clippers on March 8
for its third road
game in four nights.

> "Russ is going to have your back, and he's going to go to war with you. He's a different type of teammate."
>
> PAUL GEORGE

something he feels he needs to address with you, he's going to do it. But he's going to war teammates over to play video games. Westbrook has always been more of a homebody. Durant left the Thunder for a lot of reasons, but somewhere on that list were the feelings of isolation he got from Westbrook.

From the very beginning, it was important to Westbrook that this time be different. Way back in August, at George's inaugural charity fishing tournament in northern LA, Westbrook was there, fishing for the first time in his life, sitting out on Castaic Lake in a boat for an entire day in support of George.

"As a young guy, I'm not sure both of us would've meshed well," George says. "I had to learn a lot about being a better teammate, about being a better person, so I think we came together at a good time."

Westbrook and George share a lot of common ground—both Southern Cal kids, both lightly recruited to college, both doubted as lottery picks, both self-made stars. They come from two-parent homes with tight-knit siblings and stable support systems. But what makes them work, George says, is that they're so different.

"It's yin and yang, honestly," he says. "I'm the exact opposite of what Russ is, but I just know what I bring and what I can help him with, and it's vice versa. I know how much he helps me and how much he opens the game up for me. To be out there with a guy like that, man, he's a winner. He wants to win and doesn't care about nothing else."

**A MONTH AFTER** that paintball game, Westbrook is on vacation with his family in Hawaii, making plans for the house party. He has input for the guest list, picks out the menu and decorations. He chooses Nas to perform.

Meanwhile, Presti, Donovan and a small group of Thunder staffers spend time with George at his home in Los Angeles. Presti talks about George leading the next era of Thunder basketball, building a legacy and leading them forward in tandem with Westbrook to heights they've never reached. George talks about being on a mission with Westbrook and their com-

going to have your back, he's going to stand his ground and he's going to go to war with you. After, he's going to laugh, he's going to joke—that's Russ. He's a different type of teammate."

Now all George has to decide is whether it is the type of teammate he wants.

**WITH A BLACK** mask wrapped tightly around his face and a black tactical vest strapped across his torso, Westbrook crouches behind a rusted conversion van and motions to George. Westbrook leans against the van, paintball gun held by his waist, and peers out. George glides past his right flank, moving up to an old windowless transport bus.

"You right here?" George asks.

"Yeah, watch 'em!" Westbrook says, moving up next to George. "Right around the corner."

Westbrook straightens up, looking through the windows of the bus, and fires a couple of shots. Seeing his chance, George steps out and opens fire.

"Got 'em!" he yells. "You out! You out!"

It is early May, a few weeks after the Thunder have been eliminated from the playoffs and almost two months until free agency opens. Westbrook and George are at Hollywood Sports Park in Los Angeles, paintballing to celebrate George's 28th birthday.

George knows a different Westbrook than other players who came through OKC do. He got to know a 29-year-old Westbrook, married with a son, accomplished in the NBA as an MVP and seven-time All-Star. Those who have spent time around Westbrook over the years rave about his growth in maturity and leadership, a significant spike in the line graph coming after Durant left. George didn't meet the 23-year-old Westbrook, the one hell-bent on proving to the world he was an elite player who belonged.

This paintball outing never would have happened with that version of Westbrook—on-court chemistry was only one factor in his fallout with Durant. Especial-

ly in their younger days, Durant was a socializer, wanting to go out on the road or have teammates over to play video games. Westbrook has always been more of a homebody. Durant left the Thunder for a lot of reasons, but somewhere on that list were the feelings of isolation he got from Westbrook.

bined desire to win a championship together. "A lot of it," George says now of Westbrook's impact on his decision to stay, "was I liked our chemistry, I liked what he brings to the table, I liked his competitiveness and I loved him as a teammate, as a friend, as a brother, as a dude in the locker room. He had a lot to do with me coming back here."

George drinks wine with Dwyane Wade at the Four Seasons Hotel Los Angeles, picking his brain about free agency. "I know who I am as a player; I just want to help a team win, and I feel comfortable doing that with Russ," he tells Wade.

Presti and the Thunder contingent head back to Oklahoma feeling good about their chances. George is scheduled to fly to OKC a day later, on Saturday (the same day as the party—fancy that!), and before he steps onto a private jet, he tells an ESPN documentary crew following his free agency: "The only way to go about it is to go to Oklahoma and make it official."

He lands on a private runway at Will Rogers airport at 6:45 p.m., steps off at the same spot where he arrived in OKC for the first time nearly a year before. This time there are no fans, no signs, no strategically placed billboards. He has flown to OKC in secrecy. It is pouring rain, and he quickly hops into a black SUV and heads to the Thunder practice facility. He eats dinner and meets with a very small contingent of Thunder brass, including Bennett and Presti.

A few hours later, the sky clear, George heads north to that house in Arcadia, arriving around 9:30 p.m. He sees Westbrook waiting for him, and they hug. "Let me see those braids," Westbrook says, pulling George's hair off to reveal a fresh hairstyle. They head inside and talk with Nas, with Westbrook joking—maybe?—that he'd get his first tattoo after the Thunder win their first title.

Then Westbrook and George grab microphones and climb onto the stage.

"What's happenin', what's happenin', what's happenin'?" Westbrook says. "As you can see, we had a surprise guest come in, if y'all ain't noticed already."

"Just like Russ," George says. "Always hooking me up." ◼

**LEGAL NOTICE**

**If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.**

A Settlement has been reached with Wendy's International, LLC ("Wendy's") in a class action lawsuit about a data breach that occurred at certain of Wendy's independently owned and operated franchisee restaurants between October 25, 2015 and June 28, 2016 ("Data Breach"). The Settlement will pay people whose "Personal Information" was compromised as a result of the Data Breach and who incurred reimbursable losses as described in the Claim Form. Personal Information means information that is or could be used, whether on its own or in combination with other information, to identify, locate, or contact a person, and it also includes names, addresses, payment card numbers, expiration dates, security and service codes, and any other payment card-related information.

The United States District Court for the Middle District of Florida authorized this notice in the case, known as *Torres v. Wendy's International, LLC*, Case No. 6:16-cv-00210-PGB-DCI (M.D.Fla.).

Go to www.wendysdatabreachsettlement.com for additional Settlement information, including a list of affected Wendy's restaurants and the exposure dates for each impacted location.

**WHAT IS THIS ABOUT?**

The lawsuit claims that Wendy's was responsible for the Data Breach. Wendy's denies all of the claims and says it did not do anything wrong. The Court did not decide in favor of either side. Instead, both sides agreed to a settlement. This Settlement is not an admission of wrong-doing or an indication that any law was violated.

**WHO IS INCLUDED?**

You are included in the Settlement if you reside in the United States and your Personal Information was compromised as a result of the Data Breach ("Settlement Class Members").

**WHAT DOES THE SETTLEMENT PROVIDE?**

The Settlement provides two types of payments to people who submit valid claims. You may submit a claim for either or both types of payments.

(1) Reimbursement of up to $5,000 for certain documented unreimbursed out-of-pocket expenses and lost time that resulted from the Data Breach.

(2) Reimbursement for non-documented time spent dealing with the repercussions of the Data Breach for up to 2 hours at $15/hour ($30 total).

Wendy's will pay up to $3.4 million to settle the lawsuit. Court-awarded attorneys' fees, costs and expenses, and service awards to the Representative Plaintiffs will be deducted from the $3.4 million prior to making payments to Settlement Class Members who submit valid Claim Forms.

**HOW DO YOU GET A PAYMENT?**

To get a payment you must submit a Claim Form by **March 21, 2019**. Claim Forms are available at www.wendysdatabreachsettlement.com or by calling 1-844-295-9845.

**WHAT ARE YOUR OPTIONS?**

If you do not want to be legally bound by the Settlement, you must exclude yourself from it by **December 21, 2018**, or you will not be able to sue, or continue to sue, Wendy's about the legal claims this Settlement resolves. If you exclude yourself, you cannot get money from the Settlement.

If you stay in the Settlement Class, you can tell the Court that you do not agree with the Settlement or some part of it by objecting to it by **December 21, 2018**.

The Long Notice available at www.wendysdatabreachsettlement.com explains how to exclude yourself or object and describes the released claims in detail.

**WHO REPRESENTS YOU?**

The Court appointed John A. Yanchunis of Morgan & Morgan Complex Litigation Group as Lead Counsel and Patrick A. Barthle of Morgan & Morgan Complex Litigation Group, Jean Sutton Martin of Law Office of Jean Sutton Martin PLLC, Ariana Tadler and Melissa Clark of Milberg Tadler Phillips Grossman LLP, John Emerson of Emerson Scott LLP, and Jeremy Glapion of Glapion Law Firm as Class Counsel to represent the Settlement Class. Class Counsel will ask the Court for an award for attorneys' fees of $1,020,000, plus reasonable costs and expenses, and service awards up to $5,000 each for the Representative Plaintiffs Christine Jackson, Ashley McConnell, and Gerald Thomas. If you want to be represented by your own lawyer, you may hire one at your own expense.

**WHEN WILL THE SETTLEMENT BE APPROVED?**

The Court will hold a hearing on **February 25, 2019**, at **10:30 a.m.** to consider whether to approve the Settlement, and Class Counsel's request for attorneys' fees, costs and expenses, and service awards. You or your own lawyer may ask to appear and speak at the hearing at your own cost, but you do not have to.

**WANT MORE INFORMATION?**

Visit www.wendysdatabreachsettlement.com or call 1-844-295-9845.

**1-844-295-9845**
**www.wendysdatabreachsettlement.com**

# EXHIBIT D





*Torres v. Wendy's International, LLC* 300x250
Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 18 of 32 PageID 1980
Placement: BusinessInsider.com



In the interview, which will air at 7 p.m. on Monday, Kavanaugh repeats his denials of the allegations ahead of the Thursday hearing in which both he and one of his accusers, Christine Blasey Ford, are scheduled to testify before the Senate committee.

"The truth is I've never sexually assaulted anyone, in high school or otherwise," he said on Fox. "I am not questioning and have not questioned that perhaps Dr. Ford at some point in her life was sexually assaulted by someone at some place, but what I know is I've never sexually assaulted anyone."

Kavanaugh cited his "lifelong record of promoting dignity and equality for women starting with the women who knew me when I was 14 years old" and insisted that he never had sex throughout college and for "many years after."

Journalists and others quickly pointed out that it is highly unusual for a Supreme Court nominee to conduct an interview with the media or engage in an effort to clear his own name during the confirmation process — and even more unusual for the interview to





This is the gear you would neat to give your iPhone the fastest possible charge. The cable on the right connects USB-C to Lightning — the kind of cable you'd need to connect an iPhone to the newest MacBook Pro line.   Apple

It's not unusual for Apple to get out ahead of the curve on new standards like this. The original iMac caught a ton of flack in the '90s for not including a floppy disk drive, but that turned out to be the right move, as the rise of the internet, re-writable CDs, and USB flash drives combined to make them quickly obsolete.

If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.

**Learn More**

For complete information, visit
www.wendysdatabreachsettlement.com

This time, though, Apple may have outsmarted itself. Because while a handful of gadget-makers, like Google and Nintendo, have pushed boldly into the USB-C future, the rest of the world still runs on good







*Torres v. Wendy's International, LLC* 300x600
Placement: HowStuffWorks.com











📺 TOPICS    🔍 SEARCH                    Los Angeles Times              **3 FREE MONTHS** Offer ends 10/2      🔑 LOG IN

His ratings have since continued to shrink — falling to 65% in the first quarter of 2018 and to 57% in the second quarter.

Snags in the deadly anti-drug war and questions about ties with China, along with inflation, appear to be chipping away at the president's image.

"His ratings are not very low, but it's at the lowest since he assumed office and he's facing a lot of problems domestically," said Maria Ela Atienza, political science professor at University of the Philippines Diliman.

Such problems have increased as costs have compounded for some of his initially popular proposals.

In 2016, Duterte proposed spending $169 billion for new infrastructure as a means of luring foreign factory investment in a country where about one-fifth of the 102 million people live in poverty. Among the bigger projects, the president is pursuing three new railway lines in the archipelago that is now connected almost entirely by air, sea and roads.

But to pay the bills, the government has been raising taxes, which have resulted in price increases in popular processed drinks and other consumables.

At a Metro Manila sandwich shop-convenience store in mid-September, orange drinks sold for 60 pesos a can, about twice the usual price over the last decade. Locally produced beer cost three times more than in 2017.

Inflation reached 6.4% in August because of excise taxes, a weaker currency and rising fuel prices that affect commuters, said Jonathan Ravelas, chief market strategist with Banco de Oro UniBank in Manila. August inflation set a nine-year record and topped the rest of Southeast Asia.

ADVERTISEMENT

If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.

**Learn More**

For complete information, visit www.wendysdatabreachsettlement.com

ADVERTISEMENT

FREE TRIAL    **TRY 3 FREE MONTHS!** Hurry, offer ends 10/2                    **START TRIAL**



*Torres v. Wendy's International, LLC* 300x600
Placement: People.com
Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 24 of 32 PageID 1986









Torres v. Wendy's International, LLC 728x90
Placement: People.com
Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 26 of 32 PageID 1988

 People

Inside Kate Middleton's Clever Wardrobe Trick to Never Upsta...    

Just as she perfectly matched her family in blue for their tour, Kate coordinated with her children for the weekend wedding. Charlotte, 3, was one of three bridesmaids, while George, 5, was among the chosen four page boys, and they were outfitted by one of Kate's favorite childrenswear designers, Amaia. Charlotte wore a linen dress in ivory with royal blue embroidered edging from the upmarket label. Meanwhile, George wore matching cropped blue trousers, with an off-white linen shirt accessorized with a blue cummerbund, also from Amaia.

If you used a credit, debit, or other payment card at certain Wendy's branded restaurants between October 25, 2015 and June 28, 2016, you may be eligible for a cash payment from a data breach class action settlement.

Learn More

For complete information, visit www.wendysdatabreachsettlement.com



Prince William, Prince George, Kate Middleton and Princess Charlotte     Jane Barlow/PA

Sales tax and activation not included. $60 plan required.

**Read More**

CELEBRITY
Married at First Sight's Sam Role Recalls 'Excruciating Pain' Before Unplanned C-Section: 'Scariest...


ROYALS
Every Photo Proving Prince George and Princess Charlotte Are the Ultimate Page Boy and...


TV
Watch DWTS Pro Jenna Johnson Freak Out When She's Introduced to Her Partner...


BODIES
Weight Watchers Rebrands to WW and Refocuses on Health and Wellness


**Stay in the Know**

Subscribe to PEOPLE's newsletters so you never miss out on a must-read story



*Torres v. Wendy's International, LLC* 728x90
Placement: Yahoo! Network Site

Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 27 of 32 PageID 1989









Torres v. Wendy's International, LLC 300x600
Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 29 of 32 PageID 1991
Placement: Yahoo! Network Site





*Torres v. Wendy's International, LLC Desktop Ad*
Placement: Facebook.com
Case 6:16-cv-00210-PGB-DCI   Document 152-1   Filed 02/14/19   Page 30 of 32 PageID 1992









*Torres v. Wendy's International, LLC Mobile Ad*
Placement: Facebook App



